No. 86–1735. Shoe World, Inc., dba Gussini v. El Greco Leather Products Co., Inc., dba Candie's International. C. A. 2d Cir. Certiorari denied.

No. 86–1739. Guarini et al. v. New York et al. Super. Ct. N. J., App. Div. Certiorari denied.

No. 86–1741. T. J. Melton III & Associates, Inc., et al. v. Federal Deposit Insurance Corporation. C. A. 5th Cir. Certiorari denied.

No. 86–1744. Shorter v. United States. C. A. D. C. Cir. Certiorari denied.

No. 86–1746. Darnell et al. v. Department of Transportation, Federal Aviation Administration; Polley et al. v. Department of Transportation, Federal Aviation Administration; Alexander v. Department of Transportation, Federal Aviation Administration; McCormack v. Department of Transportation, Federal Aviation Administration; and Swauger v. Department of Transportation, Federal Aviation Administration. C. A. Fed. Cir. Certiorari denied.

No. 86–1747. Meyer v. United States. C. A. 9th Cir. Certiorari denied.

No. 86–1750. Southern Methodist University v. Kneeland et al. C. A. 5th Cir. Certiorari denied.

No. 86–1751. Rhodes v. DeKalb County, Georgia, et al. C. A. 11th Cir. Certiorari denied.

No. 86–1760. Carpenters Local 608, United Brotherhood of Carpenters & Joiners of America, AFL–CIO v. National Labor Relations Board. C. A. 2d Cir. Certiorari denied.

No. 86–1772. United Pacific Insurance Co. v. Laurel County et al.; and